**Opinion filed November 13, 2009**



In The

# Eleventh Court of Appeals

---

## No. 11-09-00141-CR

---

**NARCISO PEDRO, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

---

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 9917**

---

### MEMORANDUM OPINION

Appellant has filed in this court a motion to dismiss his appeal. The motion is signed by both appellant and his counsel. The motion is granted, and the appeal is dismissed.

PER CURIAM

November 13, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.